## UNITED STATES DISTRICT COURT
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

**MICHAEL W. DOBBINS**
**CLERK**

OFFICE OF THE CLERK

AEL Financial, LLC, an Illinois
limited liability company,

Case No.: 09 CV 1854

v.

Smart Investments of Detroit,
L.L.C., a Michigan limited liability
company, et al,

Case: 2:10-mc-50010
Judge: Lawson, David M.
MJ: Majzoub, Mona K
Filed: 01-05-2010 At 03:46 PM
MISC: AEL FINANCIAL LLC V. SMART IN
VESTMENTS OF DETROIT LLC (KB)

### CERTIFICATION OF JUDGMENT
### FOR REGISTRATION IN
### ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 7/22/2009, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on December 30, 2009.

Michael W. Dobbins
Court Administrator

J. Cervantes

By: Teresa Cervantes
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY  (Rev 7/98)

# United States District Court
## Northern District of Illinois
### Eastern Division

Case: 2:10-mc-50010
Judge: Lawson, David M.
MJ: Majzoub, Mona K
Filed: 01-05-2010 At 03:46 PM
MISC: AEL FINANCIAL LLC V. SMART INVESTMENTS OF DETROIT LLC (KB)

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on

MICHAEL W. DOBBINS, CLERK

By: J. Cervantes       DEC 3 0 2009

Deputy Clerk



## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff | )<br>)    Case No. 09 CV 1854<br>) |
| v. | )<br>)    Judge: Grady<br>) |
| SMART INVESTMENTS OF DETROIT, L.L.C., a Michigan limited liability company, and KAREN R. FERGUSON, an individual | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Case:2:10-mc-50010
Judge: Lawson, David M.
MJ: Majzoub, Mona K
Filed: 01-05-2010 At 03:46 PM
MISC: AEL FINANCIAL LLC V. SMART INVESTMENTS OF DETROIT LLC (KB)

### JUDGMENT BY DEFAULT ORDER

THIS CAUSE coming to be heard on Plaintiff, AEL Financial, LLC's Motion for Judgment by Default Against Karen R. Ferguson, Defendant Karen R. Ferguson having not appeared or answered the complaint, and the Court otherwise being fully advised in the premises.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a money judgment shall be entered against Karen R. Ferguson in the amount of One Hundred Nineteen Thousand Seven Hundred Twenty-Eight Dollars and 82/100 ($119,728.82), plus attorneys' fees and costs of Four Thousand Two Hundred Seventy Three Dollars ($4,273.00), for a total judgment of One Hundred Twenty-Four Thousand One Dollar and 82/100 ($124,001.82). Interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment, as set forth in 28 USC § 1961.

This is a final order. There being no just reason to delay the enforcement of this judgment, Plaintiff shall have immediate execution thereon.

ENTERED: _____
United States District Judge
Dated: 7/22/2009

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: NOV - 5 2009