UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AEL FINANCIAL, LLC,

        Plaintiff,

v.

        Case Number 10-50010
        Honorable David M. Lawson

KAREN R. FERGUSON,

        Defendant.

_____/

## **ORDER TO SEIZE PROPERTY**

On January 5, 2010, pursuant to 28 U.S.C. § 1963, the plaintiff registered the judgment of the United States District Court for the Northern District of Illinois in the case *AEL Financial, LLC v. Smart Investors of Detroit, LLC*, in which Karen R. Ferguson was a named defendant. The registered judgment was issued by District Judge John F. Grady on July 22, 2009, in the amount of $124,001.82 with interest.

On October 7, 2010, the plaintiff presented the Court with a form order entitled "Request and Order to Seize Property" pursuant to Mich. Comp. Laws §§ 600.2920 and 600.6002, and Mich. Ct. R. 3.106. The form order states that on January 5, 2010, a judgment was granted in this case upon which the following is now due: "Amount of Judgment - $124,001.82; Interest to this date - $3,251.23; Total - $127,253.05"

The "[p]rocess to enforce a judgment for the payment of money shall be a writ of execution." Fed. R. Civ. P. 69(a). "The procedure on execution . . . shall be in accordance with the practice and procedure of the state in which the district court is held." *Ibid*. In this case, the plaintiff properly registered a foreign judgment with this Court and has since requested that a writ of execution be entered to enforce the judgment.

Accordingly, it is **ORDERED** that the plaintiff's request to seize property located at 4040 West Outer Drive, Detroit, Michigan 48221 [dkt. #2] is **GRANTED**.

It is further **ORDERED** that the court officer shall sell the property located at 4040 West Outer Drive, Detroit, Michigan 48221 and deposit the proceeds with the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: October 18, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 18, 2010.

s/Deborah R. Tofil
DEBORAH R. TOFIL